UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-cv-20837-JAL

DEVOLA CAREY BLACKMON,
as parent and natural guardian of
JETTA RENEE BLACKMON,
a minor,

       Plaintiff,

vs.

CARNIVAL CORPORATION,
SHAUNTA COX and JAMES COX,
individually and as parent and natural
guardian of JAMES COX, JR., a minor,

       Defendant.

_____/

## SECOND JOINT MOTION FOR APPROVAL OF REVISED SETTLEMENT and TO STAY AND ENLARGEMENT OF ALL CURRENT DEADLINES PENDING FINALIZATION OF SETTLEMENT

Plaintiff and Defendant, Carnival Corporation (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b), request the Court: (1) consider and approve the second revised settlement in this case and (2) stay all litigation and enlarge all affected deadlines while the Court and *guardian ad litem*, consider the foregoing parties' revised and improved settlement agreement.  Further, the parties request the Court hold a status conference should it have any questions or concerns about the second revised settlement agreement that need clarification prior to rejecting the revised settlement.

In support of this Motion, the Parties state:

**MASE LARA.**

1.      Based on good cause shown – in that the Parties have reached a second revised settlement which requires consideration by the *guardian ad litem* and approval by the Court – the Court has the authority to enlarge periods of time pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b).

2.      The Parties twice previously reached settlement agreements that were rejected by the Court.

3.      The Parties reconvened good faith settlement discussions, and they have been able to reach a second revised and improved settlement agreement.  The terms of the second revised settlement provide the Plaintiff in excess of 60% of the settlement proceeds and additional sums of money beyond which was provided for in the initial revised settlement (the exact terms of the settlement to remain confidential).

4.      The Parties request a stay to provide the *guardian ad litem* and the Court sufficient time to review and approve the second revised settlement terms.

WHEREFORE, the Parties request the court consider and approve the revised settlement in this case and stay all litigation and enlarge all affected deadlines while the Court and *guardian ad litem*, consider the Parties' revised and improved settlement agreement.  Further, the parties request the Court hold a status conference should it have any questions or concerns about the revised settlement agreement that need clarification prior to rejecting the revised settlement.

Respectfully submitted,

MASE LARA, P.A.
2601 South Bayshore Drive
Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:  (305) 377-0080


By:___ */s/ William Seitz*_____
        CURTIS J. MASE
        Florida Bar No.: 478083
        cmase@maselara.com
        WILLIAM R. SEITZ
        Florida Bar No.: 73928
        wseitz@maselara.com

CASE NO.: 1:13-cv-20837-JAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

By:     /s/ *William R. Seitz*              
WILLIAM R. SEITZ

CASE NO.: 1:13-cv-20837-JAL

**BLACKMON v. CARNIVAL CORPORATION**
**CASE NO.: 1:13-cv-20837-JAL**

Jason R. Margulies, Esq.
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
jmargulies@lipcon.com
*Attorneys for Plaintiff*

Robert C. Gross, Esq.
9400 S. Dadeland Boulevard, Suite 300
Miami, FL 33156
Telephone: (305) 670-9009
Facsimile: (305) 670-8009
rgross@miamisealaw.com
*Attorneys for Plaintiff*

Allen von Spiefelfeld, Esq.
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL 33602
Telephone: (812) 221-1500
Facsimile: (813) 222-3066
service-avonsp@bankerlopez.com
*Attorneys for Defendants, Shaunta and James Cox etc.*

18431/#523

**MASE LARA**